# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, M.C. HOLIFIELD, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**JASON IDANAN**
**ENGINEMAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201500258**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 31 March 2015.
**Military Judge**: CAPT A.H. Henderson, JAGC, USN.
**Convening Authority**: Commanding Officer, USS RUSHMORE (LSD 47).
**For Appellant**: LT Doug Ottenwess, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 December 2015**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court